M. BRADLEY JOHNSON, ESQ.
Nevada State Bar No. 4646
GENA L. SLUGA ESQ,
Nevada State Bar No. 9910
CHRISTIAN, KRAVITZ, DICHTER
JOHNSON & SLUGA, LLC
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
(702) 362-6666 - Telephone
(702) 992-1000 - Facsimile
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MARCAIDA,<br>an individual<br><br>Plaintiff,<br><br>vs.<br><br>TRANSGUARD GENERAL AGENCY, INC.<br>A foreign corporation<br><br>Defendants. | CASE NO.: 3:16-cv-00473-HDM-WGC |

### SUBSTITUTION OF ATTORNEY

M. Bradley Johnson, Esq. and Gena L. Sluga, Esq. of CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC are hereby substituted as counsel of record in the above entitled matter in place of and instead of Cory M. Jones, Esq. of JONES WILSON LLP.

Transguard General Agency, Inc.

By: _KENTON KAPLAN_

Its: _CLAIM GENERAL COUNSEL_

Cory M. Jones, Esq. of JONES WILSON LLP hereby substitutes in its place and stead the law firm of CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC as attorneys for Transguard General Agency, Inc.

_____
CORY M. JONES, ESQ.
Nevada Bar No. 5028
JONES WILSON LLP
1522 W. Warm Springs Rd.
Henderson, NV 89014
(702) 405-6000– Telephone

M. Bradley Johnson, Esq. and Gena L. Sluga, Esq. of CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC hereby acceptance substitution as attorney for Transguard General Agency, Inv. in the above-entitled matter in place and stead of Cory. M. Jones, Esq. of JONES WILSON LLP.

_____
M. BRADLEY JOHNSON, ESQ.
Nevada State Bar No. 4646
GENA L. SLUGA, ESQ.
Nevada State Bar No. 9910
CHRISTIAN, KRAVITZ, DICHTER
JOHNSON & SLUGA, LLC
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
(702) 362-6666 - Telephone
(702) 992-1000 - Facsimile

IT IS SO ORDERED this 29th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE